M&T Bank

P.O. Box 619063
Dallas, TX 75261-9063
RETURN SERVICE ONLY
Please do not send mail to this address

## Mortgage Statement

| | |
|---|---|
| Account Number | 0091623017 |
| Payment Due Date | 02/01/17 |
| **Amount Due** | **$1,378.23** |

If payment received after 03/16/17, $31.38 late fee will be charged.

6-750-22526-0002608-001-1-000-010-000-000



CHARLES D RIDLEY
PO BOX 1177
HASKELL OK 74436-1177

### Contact Us


General Customer Service: 1-800-724-2224
Property Tax: 1-866-406-0949
Property Insurance: 1-888-882-1847

Correspondence Address:
Lending Services, Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

Payment Mailing Address:
P.O. Box 62182
Baltimore, MD 21264-2182

 https://onlinebanking.mtb.com

Statement Date: 02/16/17

### Account Information

| | |
|---|---|
| Property Address | 19220 S 211TH AVE EAS HASKELL OK 74436 |
| Interest Rate | 6.375% |
| Maturity Date | 08/2022 |
| Outstanding Principal* | $35,180.78 |
| Escrow Balance | $191.15 |
| Suspense Balance | $522.31 |

* This is NOT a payoff figure. To obtain the full amount required to pay off your loan, please call us at 1-800-724-2224 or fax your request to 1-866-409-2653.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $442.94 |
| Interest | +$184.56 |
| Tax/Insurance | +$63.83 |
| **Amount Billed this Statement** | **$691.33** |
| Amount Unpaid from Prior Statement | +$655.52 |
| Unpaid Late Charge(s)** | +$31.38 |
| **Total Amount Due 03/01/17** | **$1,378.23** |

** including any fees/charges imposed since last statement totaling $512.31

### Important Messages

With M&T Online Banking, you'll enjoy convenient, online access to your mortgage account details. You can access escrow and tax information, make payments, sign up for electronic delivery of your statements and much more. To access your account online, have your mortgage account number ready, visit onlinebanking.mtb.com and click the "Enroll Now" button to sign up or call 1-800-790-9130 for assistance. Equal Housing Lender. Member FDIC. NMLS #381076.

Our records show that we have not received the required mortgage payment on the account listed. If you are unable to make your payment, please call us to discuss the situation. We may be able to help you resolve it.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $0.00 | $438.27 |
| Interest | $0.00 | $189.23 |
| Escrow (Taxes & Insurance) | $0.00 | $28.31 |
| Fees | $1,981.25 | $2,803.75 |
| Partial Payment (Unapplied) | $522.31 | $522.31 |
| **Total** | **$2,503.56** | **$3,981.87** |

### Transaction Activity

| Transaction Date | Due Date | Description | Total Received | Principal | Interest | Escrow | Optional Products | Subsidy | Unapplied Funds | Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/10/17 | 02/17 | NSF/Return Check Fee | $10.00 | | | | | | | $10.00 |
| 02/10/17 | 02/17 | Late Fee Waived | | | | | | | | $31.38 |
| 02/10/17 | | Forecl. Attny Fee | $831.25 | | | | | | | $831.25 |
| 02/10/17 | 02/17 | Payment | $222.31 | | | | | | $222.31 | |
| 02/10/17 | 02/17 | Payment | $300.00 | | | | | | $300.00 | |
| 02/10/17 | 02/17 | Forecl. Attny Cost | $400.00 | | | | | | | $400.00 |
| 02/10/17 | 02/17 | Bankruptcy Attny Fee | $575.00 | | | | | | | $575.00 |
| 02/10/17 | 02/17 | Forecl. Attny Fee | $175.00 | | | | | | | $175.00 |
| 02/10/17 | | Forecl. Attny Cost | | | | | | | | -$222.31 |

(Continued on next page.)

EXHIBIT A