**The Colpitts Law Firm**
6506 South Lewis
Suite 175
Tulsa, OK 74136-1079

FEIN: 73-1493359

Invoice submitted to:

Charles D Ridley
19220 South 211th East Ave.
Haskell OK 74436

March 03, 2017

**In Reference To:** **Charles Ridley v. M&T Bank**
**Adversary Proceeding**

Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | Greggory T. Colpitts | | |
| 3/11/2016 - | GTC | Review documents provided by Charles Ridley and prepare amortization of mortgage loan. | 1.25<br>300.00/hr | 375.00 |
| - | GTC | Research legal issues. | 2.50<br>300.00/hr | 750.00 |
| 4/14/2016 - | GTC | Telephone Conference with Charles Ridley regarding mortgage issues and collection letter. | 0.40<br>300.00/hr | 120.00 |
| 4/20/2016 - | GTC | Review Chaper 13 bankruptcy documents; M&T Transaction History; Mortgage Statements; proof of mortgage payments. Telephone Conference with Charles Ridley regarding issues and proceeding against M&T Bank. | 4.50<br>300.00/hr | 1,350.00 |
| 5/4/2016 - | GTC | Review documents, research and draft Complaint for violation of the discharge injunction against M & T Bank. | 7.00<br>300.00/hr | 2,100.00 |

EXHIBIT
62 - March 3, 2017
exhibitsticker.com

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/5/2016 - | GTC | Meeting with Charles Ridley | 0.50<br>300.00/hr | 150.00 |
| - | GTC | Review proof of payments and mortgage statements provided by Charles Ridley. | 0.30<br>300.00/hr | 90.00 |
| 5/13/2016 - | GTC | Research and draft Complaint. | 2.80<br>300.00/hr | 840.00 |
| - | GTC | Prepare Adversary Cover Sheet. | 0.30<br>300.00/hr | 90.00 |
| 6/6/2016 - | GTC | Receipt and review May 16, 2016 and May 25, 2016 mortgage statements and June payment. | 0.40<br>300.00/hr | 120.00 |
| 6/16/2016 - | GTC | Review answer of M & T Bank. | 1.25<br>300.00/hr | 375.00 |
| - | GTC | Initial Draft of Rule 26 Report. | 1.25<br>300.00/hr | 375.00 |
| 6/17/2016 - | GTC | Finalize first draft of Rule 26 Conference Report and prepare email to Jim Timberlake. | 0.85<br>300.00/hr | 255.00 |
| 6/20/2016 - | GTC | Telephone Conference with Jim Timberlake regarding attorney on the case. | 0.10<br>300.00/hr | 30.00 |
| 6/27/2016 - | GTC | Telephone Conference with Bradley Parrot, attorney for M & T Bank regarding Rule 26 Conference. | 0.20<br>300.00/hr | 60.00 |
| 6/30/2016 - | GTC | Meeting with Charles Ridley to discuss status and review documents provided. | 0.45<br>300.00/hr | 135.00 |
| 7/7/2016 - | GTC | Review email from Blake Parrott; review revision to Rule 26 Report; and prepare responsive email | 0.40<br>300.00/hr | 120.00 |
| 7/8/2016 - | GTC | Receipt and review entry of appearance by Matthew Hudspeth and add to file. | 0.10<br>300.00/hr | 30.00 |

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/8/2016 - | GTC | Finalize Joint Rule 26 Report and file with Court. | 0.45<br>300.00/hr | 135.00 |
| 8/1/2016 - | GTC | Telephone Conference with Matthew Hudspeth. | 0.15<br>300.00/hr | 45.00 |
| 8/2/2016 - | GTC | Review file and prepare for Scheduling Conference. | 0.80<br>300.00/hr | 240.00 |
| - | GTC | Scheduling Conference. | 0.30<br>300.00/hr | 90.00 |
| 8/16/2016 - | GTC | Review email from Matthew Hudspeth and review file. | 0.15<br>300.00/hr | 45.00 |
| 8/17/2016 - | GTC | Prepare Exhibit and Witness Lists and Calculation of Plaintiff's Damages. | 2.50<br>300.00/hr | 750.00 |
| 9/27/2016 - | GTC | Draft Plaintiffs First Request for Production of Documents, First Set of Interrogatories, and First Request for Admissions. | 3.25<br>300.00/hr | 975.00 |
| 10/12/2016 - | GTC | Review August 30, Sept 16, and October 3 Mortgage Statements and proof of October payment. | 0.40<br>300.00/hr | 120.00 |
| 10/26/2016 - | GTC | Review status of Discovery to Defendant. Conference with Matthew Hudspeth regarding extension. | 0.40<br>300.00/hr | 120.00 |
| 11/3/2016 - | GTC | Review status of file and prepare Application to Continue Pretrial Conference. | 1.50<br>300.00/hr | 450.00 |
| 11/14/2016 - | GTC | Review October Mortgage Statements and proof of November payment. Revise Exhibits. | 0.40<br>300.00/hr | 120.00 |
| 11/15/2016 - | GTC | Telephone Conference with Matt Hudspeth regarding settlement. | 0.15<br>300.00/hr | 45.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/15/2016 - | GTC | Review and respond to email from Matt Hudspeth regarding settlement. | 0.40<br>300.00/hr | 120.00 |
| 11/16/2016 - | GTC | Revise Pre-Trial Memorandum. | 2.00<br>300.00/hr | 600.00 |
| 11/18/2016 - | GTC | Review file and prepare email to Matthew Hudspeth regarding the status Defendant's responses to Plaintiff's discovery requests. | 0.30<br>300.00/hr | 90.00 |
| - | GTC | Prepare Plaintiff's Answers and Responses to Defendant's Combined First Set of Interrogatories and First Set of Requests for Production of Documents. | 2.50<br>300.00/hr | 750.00 |
| 12/7/2016 - | GTC | Finalize Pretrial Memorandum | 3.50<br>300.00/hr | 1,050.00 |
| 12/8/2016 - | GTC | Finalize first draft of Pretrial Order. | 2.85<br>300.00/hr | 855.00 |
| - | GTC | Finalize Final Witness and Exhibit Lists. | 1.25<br>300.00/hr | 375.00 |
| 12/12/2016 - | GTC | Review Defendant's Pretrial Memorandum. | 0.30<br>300.00/hr | 90.00 |
| - | GTC | Review revisions to Pretrial Order and prepare response to Matt Hudspeth. | 0.40<br>300.00/hr | 120.00 |
| 12/13/2016 - | GTC | Review file and prepare for pretrial conference. | 1.00<br>300.00/hr | 300.00 |
| - | GTC | Pretrial conference. | 1.50<br>300.00/hr | 450.00 |
| 1/2/2017 - | GTC | Receipt and review December 16 and December 14 Mortgage Statement and Escrow Analysis (respectively) and update Exhibit List. | 0.40<br>300.00/hr | 120.00 |

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/16/2017 - | GTC | Review Defendant's responses and answers to Plaintiff's discovery requests. | 0.85<br>300.00/hr | 255.00 |
| 1/22/2017 - | GTC | Finalize Plaintiff's Responses to Defendant's Discovery Requests and forward to Matt Hudspeth. | 0.25<br>300.00/hr | 75.00 |
| 1/30/2017 - | GTC | Review documents produced by defendant M & T Bank in response to Plaintiff's Discovery Requests. | 1.50<br>300.00/hr | 450.00 |
| 2/1/2017 - | GTC | Review response from Matt Hudspeth regarding settlement offer and review file. | 0.30<br>300.00/hr | 90.00 |
| - | GTC | Review January 2017 mortgage statement, proof of payment and update exhibit list. | 0.25<br>300.00/hr | 75.00 |
| - | GTC | Review file and prepare revised Pre-Trial Order. | 2.50<br>300.00/hr | 750.00 |
| - | GTC | Telephone Conference with Charles Ridley regarding status of adversary proceeding. | 0.40<br>300.00/hr | 120.00 |
| 2/2/2017 - | GTC | Review Defendant's Motion to Compel. | 0.75<br>300.00/hr | 225.00 |
| 2/7/2017 - | GTC | Review email and revisions to the Pretrial Order from Matt Hudspeth. Review discovery responses and prepare response. | 1.10<br>300.00/hr | 330.00 |
| 2/8/2017 - | GTC | Prepare for hearing on Motion to Compel. | 1.00<br>300.00/hr | 300.00 |
| - | GTC | Draft Objection to Motion to Compel. | 3.00<br>300.00/hr | 900.00 |
| 2/9/2017 - | GTC | Hearing on Motion to Compel | 0.75<br>300.00/hr | 225.00 |
| - | GTC | Review Mortgage Statement for January 30, 2017 and proof of February 2017 payment. | 0.20<br>300.00/hr | 60.00 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/9/2017 - | GTC | Prepare final version of proposed Pretrial Order. Prepare email to Matt Hudspeth. | 1.25<br>300.00/hr | 375.00 |
| - | GTC | Telephone Conference with Matt Hudspeth regarding pretrial order. Revise Pretrial Order and email to Matt Hudspeth. | 0.85<br>300.00/hr | 255.00 |
| 2/13/2017 - | GTC | Receipt and review offer of settlement from M & T Bank. Telephone Conference with Charles Ridley regarding settlement offer. Prepare response to Matt Hudspeth. | 0.40<br>300.00/hr | 120.00 |
| 2/14/2017 - | GTC | Exhibit review and trial preparation | 1.50<br>300.00/hr | 450.00 |
| 2/15/2017 - | GTC | Trial preparation. Meeting with Charles Ridley. | 8.50<br>300.00/hr | 2,550.00 |
| 2/16/2017 - | GTC | Prepare for trial. | 1.00<br>300.00/hr | 300.00 |
| - | GTC | Trial - Ridley v. M & T Bank. | 2.00<br>300.00/hr | 600.00 |
| 2/22/2017 - | GTC | Receipt and review letter of February 13, 2017, from M & T Bank regading delinquency and meeting with Charles Ridley. | 0.30<br>300.00/hr | 90.00 |
| 2/23/2017 - | GTC | Research and review findings of fact and conclusions of law. | 0.75<br>300.00/hr | 225.00 |
| 2/27/2017 - | GTC | Revise Plaintiff's Findings of Fact and Conclusions of Law. | 2.50<br>300.00/hr | 750.00 |
| 3/2/2017 - | GTC | Review and revise Findings of Fact and Conclusions of Law. | 2.00<br>300.00/hr | 600.00 |
| 3/3/2017 - | GTC | Finalize Findings of Fact and Conclusions of Law | 1.50<br>300.00/hr | 450.00 |

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | | SUBTOTAL: | [ 86.80 | 26,040.00] |
| | | Lauren D Colpitts | | |
| 11/11/2016 - | LDC | Draft Pre-Trial Memorandum | 2.50<br>200.00/hr | 500.00 |
| 11/14/2016 - | LDC | Completed first draft of Pre-Trial Memorandum | 2.00<br>200.00/hr | 400.00 |
| 11/17/2016 - | LDC | Draft Pre-Trial Order | 2.00<br>200.00/hr | 400.00 |
| 11/21/2016 - | LDC | Draft Plaintiff's Preliminary Witness and Exhibit List | 1.00<br>200.00/hr | 200.00 |
| 2/7/2017 - | LDC | Review and finalize exhibits for trial. | 1.00<br>200.00/hr | 200.00 |
| 2/8/2017 - | LDC | Prepare exhibits for production. | 2.30<br>200.00/hr | 460.00 |
| - | LDC | Continued finalizing exhibits for trial. | 1.50<br>200.00/hr | 300.00 |
| - | LDC | Finalize Exhibits for printing. | 0.10<br>200.00/hr | 20.00 |
| 2/21/2017 - | LDC | Final Argument - conclusions of law--draft and research | 1.50<br>200.00/hr | 300.00 |
| - | LDC | Final Argument - findings of fact | 0.50<br>200.00/hr | 100.00 |
| 2/22/2017 - | LDC | Review Trial Transcript | 1.60<br>200.00/hr | 320.00 |
| - | LDC | Draft Findings of Fact | 1.25<br>200.00/hr | 250.00 |

| Date | | Timekeeper | Description | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 2/24/2017 | - | LDC | Draft Final Argument - Conclusions of Law | 2.75<br>200.00/hr | 550.00 |
| | - | LDC | Receipt and review M&T Statement dated 2/16/2017. | 0.10<br>200.00/hr | 20.00 |
| 3/1/2017 | - | LDC | Research punitive damages | 1.20<br>200.00/hr | 240.00 |
| 3/2/2017 | - | LDC | Finalize Plaintiff's Findings of Fact and Conclusions of Law and Argument. | 3.00<br>200.00/hr | 600.00 |
| | - | LDC | Continue researching awards for punitive damages in 10th Circuit | 1.40<br>200.00/hr | 280.00 |
| 3/3/2017 | - | LDC | Review and finalize final draft of Findings of Fact & Conclusions of Law | 2.50<br>200.00/hr | 500.00 |
| | - | LDC | Prepare Exhibits for Findings of Fact and Conclusions of Law | 0.50<br>200.00/hr | 100.00 |
| | | | SUBTOTAL: | [ 28.70 | 5,740.00] |
| | | | For professional services rendered | 115.50 | $31,780.00 |

Additional Charges :

| Date | | Timekeeper | Description | Qty/Price | Amount |
|---|---|---|---|---|---|
| | | | Greggory T. Colpitts | | |
| 2/8/2017 | - | GTC | Copy Charge - Trial Exhibits 2 for Court, 1 for Plaintiff, and 1 for Defendant. | 640<br>0.30 | 192.00 |
| | - | GTC | Exhibit Tabs - 62 - 3 sets | 186<br>0.50 | 93.00 |

| | | | Qty/Price | Amount |
|---|---|---|---|---|
| 2/8/2017 - | GTC | Exhibit Binders x 3 | 3<br>7.99 | 23.97 |
| 2/22/2017 - | GTC | Trial Transcript - Shari Riemer/TypeWrite. | 1<br>315.25 | 315.25 |
| | | SUBTOTAL: | | [ 624.22] |
| | | Lauren D Colpitts | | |
| 2/22/2017 - | LDC | Copy Charge - Trial Transcript | 66<br>0.30 | 19.80 |
| | | SUBTOTAL: | | [ 19.80] |
| | | Total costs | | $644.02 |

Pay By Credit Card: Visa ____, MasterCard ____

Card Number: ____________________________ Cardholder Name: ____________________________

Expiration Date: ____________________________ Signature: ____________________________