IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES D. RIDLEY, ) | |
| ) | Chapter 13 Case No. 11-81817-C |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Adversary Case No. 16-08008 |
| ) | |
| M & T BANK, ) | |
| ) | |
| Defendant. ) | |

**CORRECTED**
**MOTION TO WITHDRAW AS ATTORNEYS FOR DEFENDANT**

COME NOW Matthew J. Hudspeth and Jim Timberlake, and pursuant to Local Rule 9010.1(B) jointly move the Court for an Order Allowing them to Withdraw as Attorneys for Defendant, M&T Bank.

In support hereof, Matthew J. Hudspeth and Jim Timberlake inform the Court that new counsel have entered their appearances on behalf of M&T Bank: Julie Hird Thomas of Kivell, Rayment & Francis, P.C.; and Paul G. Durdaller and Brian J. Levy of Stites & Harbison, PLLC (appearing pro hac vice). Accordingly, Local Form 20A (Notice of Motion, Notice of Deadline to File Objection to Motion and Notice of Hearing) will not be necessary.

Currently, the status of this matter is that the trial has been held and post-trial briefs submitted; there are currently no hearings set.

**WHEREFORE**, Matthew J. Hudspeth and Jim Timberlake respectfully request that the Court enter its Order Allowing Withdrawal of Matthew J. Hudspeth and Jim Timberlake as attorneys for the Defendant, M&T Bank.

DATED this 15th day of March 2017.

| | |
|---|---|
| /s/ Jim Timberlake | /s/ Matthew J. Hudspeth |
| JIM TIMBERLAKE - #14945 | MATTHEW J. HUDSPETH - #14613 |
| BAER & TIMBERLAKE, P.C. | BAER & TIMBERLAKE, P.C. |
| 4200 Perimeter Center, Suite 100 | 6846 S. Canton, Suite 100 |
| Oklahoma City, OK 73102 | Tulsa, OK 74136 |
| Telephone: (405) 842-7722 | Telephone: (405) 842-7722 |
| Facsimile: (918)794-2768 | Facsimile: (918)794-2768 |
| jim@baer-timberlake.com | mhudspeth@baer-timberlake.com |

# CERTIFICATE OF SERVICE

      This is to certify that I did, on this 15th day of March 2017 electronically transmit the above and foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Greggory T. Colpitts, Esq.
THE COLPITTS LAW FIRM
Tulsa, OK 74136-1079
Telephone: (918) 747-9747
Email: greg@colpittslawfirm.us
Attorney for Plaintiff

Julie Hird Thomas
Kivell, Rayment and Francis
7666 E. 61st St, Ste 550
Tulsa, OK 74133
918.254.0626
Fax : 918.254.7915
Email: jthomas@kivell.com

Paul G. Durdaller
Stites & Harbison, PPLC
303 Peachtree Street, N.E.
Suite 2800
Atlanta, GA 30308
404-739-8800
Fax : 404-739-8890
Email: pdurdaller@stites.com

Brian J. Levy
Stites & Harbison, PLLC
303 Peachtree Street, N.E.
Suite 2800
Atlanta, GA 30308
404-739-8800
Fax : 404-739-8890
Email: blevy@stites.com

                                                        /s/ Matthew J. Hudspeth
                                                        Matthew J. Hudspeth - #14613