**Dated: March 16, 2017**

**The following is ORDERED:**



*Tom R. Cornish*
TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

_____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

In Re:  Charles D. Ridley                                    Case No.: 11-81817 -TRC
                                                             Chapter 13

        Debtor(s).

Charles D. Ridley

        Plaintiff(s),

vs.                                                          Adv. No.: 16-8008-TRC

M & T Bank

        Defendant(s).

RE:  Motion to Withdraw as Attorney for the Defendant filed by Matthew Hudspeth

Filed:  3/14/17

Docket Entry No.: 51

## ORDER

     The above-referenced pleading is superseded and stricken by the filing of the Corrected Motion to Withdraw as Attorneys for Defendant filed by the Matthew Hudspeth (Docket Entry # 52) on 3/15/17 .  The Clerk shall notify all parties associated with this adversary proceeding.

###