**Dated: March 24, 2017**

**The following is ORDERED:**



_Tom R. Cornish_
TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES D. RIDLEY, ) | |
| ) | Chapter 13 Case No. 11-81817-C |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Adversary Case No. 16-08008 |
| ) | |
| M & T BANK, ) | |
| ) | |
| Defendant. ) | |

### ORDER ALLOWING WITHDRAWAL AS ATTORNEYS FOR DEFENDANT

This matter comes on for consideration pursuant to the Motion to Withdraw As Attorney for Defendant filed herein by Matthew J. Hudspeth and Jim Timberlake, and the Court, having reviewed the Motion finds that same should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Matthew J. Hudspeth and Jim Timberlake are allowed to withdraw as Attorneys for Defendant M&T Bank.

Date:_____

_____
UNITED STATES BANKRUPTCY JUDGE

MOVANT TO NOTIFY INTERESTED PARTIES.

APPROVED FOR ENTRY:

/s/ Matthew J. Hudspeth
MATTHEW J. HUDSPETH - #14613
BAER & TIMBERLAKE, P.C.
6846 S. Canton, Suite 100
Tulsa, OK 74136
Telephone: (405) 842-7722
Facsimile: (918)794-2768
mhudspeth@baer-timberlake.com

/s/ Jim Timberlake
JIM TIMBERLAKE - #14945
BAER & TIMBERLAKE, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Facsimile: (918)794-2768
jim@baer-timberlake.com