# Notice Recipients

District/Off: 1086–7    User: denise    Date Created: 5/31/2017
Case: 16–08008    Form ID: pdfmtrx    Total: 6

**Recipients of Notice of Electronic Filing:**
aty    Brian J. Levy    blevy@stites.com
aty    Brian J. Rayment    brayment@kivell.com
aty    Greggory T. Colpitts    Greg@colpittslawfirm.us
aty    Julie Hird Thomas    jthomas@kivell.com

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
ust    Office of the United States Trustee    Office of the Assistant U.S. Trustee    224 S Boulder Ste 225    Tulsa, OK 74103
ust    Charlie S. Glidewell    Office of the United States Trustee    Assistant United States Trustee    215 Dean A. MCgee Ave, Room 408    Oklahoma City, OK 73102

TOTAL: 2