# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: } | |
| Ridley, Charles D. } | |
|     SSN: xxx-xx-6136 } | Case No.: 11-81817-C |
| } | Chapter 13 |
|                      Debtor } | |
| CHARLES D. RIDLEY, } | Adv. Case No.: 16-8008-TRC |
|         Plaintiff } | |
| v. } | |
| } | |
| M & T BANK, } | |
|         Defendant. } | |

## PLAINTIFF'S APPLICATION FOR ALLOWANCE OF ATTORNEY'S FEES

Charles D. Ridley, Plaintiff, pursuant to this Court's Order Regarding Correction of Account and Application for Attorney Fees and Costs in this matter, hereby applies to this Court for an order awarding Plaintiff reasonable attorney's fees and costs incurred in prosecuting this action against the Defendant, M & T Bank. In support hereof, the Plaintiff would show the Court as follows:

1. Greggory T. Colpitts and The Colpitts Law Firm have served as attorney for the Plaintiff in this adversary proceeding. This Application requests attorney's fees and costs for professional services rendered from March 11, 2016, through the date of this Application.

2. Plaintiff seeks an award of $41,225.00 in attorney's fees and $644.02 in costs. Evidence supporting such award is set forth in the Verification of Greggory T. Colpitts attached hereto as Exhibit "A". A complete detailed listing of all time rendered by date and hours expended and services performed is attached hereto as Exhibit "B."

3. Greggory T. Colpitts and The Colpitts Law Firm specialize in consumer bankruptcy matters, specifically Chapter 7 and 13 bankruptcies and bankruptcy adversary proceedings. Mr. Colpitts has been practicing law for more than 25 years, and he is Board Certified in Consumer Bankruptcy by the American Board of Certification. Additionally, he is a member and state chair of the National Association of Consumer Bankruptcy Attorneys (NACBA); he has presented on issues in bankruptcy at NACBA's annual convention. Lauren D. Colpitts, an associate at The Colpitts Law Firm, has been practicing law since September 2016. Ms. Colpitts has been practicing almost exclusively in the area of consumer bankruptcy. Ms. Colpitts graduated with honors from the The University of Tulsa College of Law in 2016. While at TU, she served as the Editor-in-Chief of the ABA Section of Environment, Energy, and Resources The Year in Review 2015; as a member and editor of the Energy Law Journal; and as vice justice of Phi Alpha Delta Law Fraternity.

4. The hourly rate regularly charged by Greggory T. Colpitts, the principal of The Colpitts Law Firm, is $300.00, and the hourly rate regularly charged for Lauren D. Colpitts is $200.00. Administrative assistant time is billed at $70.00 per hour. The hourly rates of The Colpitts Law Firm are reasonable.

5. A summary of fees and costs requested is as follows:

| | |
|---|---:|
| Attorney's Fees: | $41,225.00 |
| Costs Incurred: | $644.02 |
| **Total Attorney's Fees and Costs Requested:** | **$41,869.02** |

6. The time expended and costs incurred in the Adversary Proceeding herein were reasonable and necessary in prosecution of the Adversary Proceeding.

7. Absent the filing of this adversary proceeding, the Defendant would not correct its records of the Plaintiff's mortgage loan and would continue to collect funds to which it is not entitled.

8. This adversary proceeding was necessary due to the actions of the Defendant and as of the date of this Application, the Defendant has failed to provide documentation to support its claim that the Plaintiff's mortgage loan record has been corrected.

WHEREFORE, Plaintiff requests this Court enter an Order awarding the attorney's fees and costs requested herein against the Defendant, M & T Bank.

*/s/ Greggory T. Colpitts*
Greggory T. Colpitts, OBA No.: 14381
Lauren D. Colpitts, OBA No.: 32756
**The Colpitts Law Firm**
6506 South Lewis, Suite 175
Tulsa, OK 74136-1079
918-747-9747
greg@colpittslawfirm.us
Attorney for Plaintiff

June 5, 2017
Date

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

In Re: }
Ridley, Charles D. }
    SSN: xxx-xx-6136 } Case No.: 11-81817-C
} Chapter 13
              Debtor }
CHARLES D. RIDLEY, } Adv. Case No.: 16-8008-TRC
    Plaintiff }
v. }
}
M & T BANK, }
    Defendant. }

## VERIFICATION

STATE OF OKLAHOMA }
                        } ss.
COUNTY OF TULSA }

    Greggory T. Colpitts of lawful age, being first duly sworn, upon oath states as follows:

    1.    I am the principal of The Colpitts Law Firm, attorneys for the Plaintiff in this adversary proceeding. I have personal knowledge of the matters hereinafter referred to, and make this affidavit in support of the request of Plaintiff for an award of attorney's fees and costs incurred herein.

    2.    I and The Colpitts Law Firm specialize in consumer bankruptcies, specifically Chapter 7 and 13 bankruptcies and bankruptcy adversary proceedings. I have been practicing law for more than 25 years, and I am Board Certified in Consumer Bankruptcy by the American Board of Certification. Additionally, I am a member and state chair of the National Association of Consumer Bankruptcy Attorney's, where I have presented on issues in bankruptcy. Lauren D. Colpitts, an associate at The Colpitts Law Firm, has been practicing law since September 2016. Ms. Colpitts has been practicing almost exclusively in the area of consumer bankruptcy. Ms. Colpitts graduated with honors from The University of Tulsa College of Law in 2016, where she served as Editor-in-Chief of the ABA Section of Environment, Energy and Resources The Year In Review 2015; as member and editor of the Energy Law Journal; and as vice justice of Phi Alpha Delta.

    3.    The time and expense records shown on Exhibit "B" attached hereto reflect the time records kept by the attorneys in this matter. Such time records were entered contemporaneously and are an accurate representation of the time and expenses incurred in the prosecution of the adversary proceeding.



EXHIBIT A

4. In my opinion, the hours expended as shown in the attached Exhibit "B" are reasonable and necessary in accordance with standards in the legal community for similar work under similar circumstances.

5. The hourly rates for attorneys in The Colpitts Law Firm are $300.00 per hour for Greggory T. Colpitts and $200.00 per hour for Lauren D. Colpitts. The hourly rates are reasonable for services of similar nature under the facts and circumstances of this case.

6. In view of the facts of this case, affiant believes the total fee stated and sought in the Application for Allowance of Attorney's Fees is reasonable.

7. Absent the filing of this adversary proceeding, the Defendant would not correct its records of the Plaintiff's mortgage loan and would continue to collect funds to which it is not entitled.

8. This adversary proceeding was necessary due to the actions of the Defendant and as of the date of this Application, the Defendant has failed to provide documentation to support its claim that the Plaintiff's mortgage loan record has been corrected.

_____
Greggory T. Colpitts, Affiant

Subscribed and sworn to before me this 5th day of June, 2017 by Greggory T. Colpitts.

_____
Notary Public

My Commission Expires:
08/13/17
(SEAL)

# The Colpitts Law Firm

FEIN: 73-1493359

6506 South Lewis
Suite 175
Tulsa, OK  74136-1079

Invoice submitted
to:

Charles D Ridley
19220 South 211th East Ave.
Haskell OK 74436

June 05, 2017

**In Reference To:**  **Charles Ridley v. M&T Bank**
**Adversary Proceeding**

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| | Greggory T. Colpitts | | | |
| 3/11/2016 - | GTC | Review documents provided by Charles Ridley and prepare amortization of mortgage loan. | 1.25 300.00/hr | 375.00 |
| - | GTC | Research legal issues. | 2.50 300.00/hr | 750.00 |
| 4/14/2016 - | GTC | Telephone Conference with Charles Ridley regarding mortgage issues and collection letter. | 0.40 300.00/hr | 120.00 |
| 4/20/2016 - | GTC | Review Chaper 13 bankruptcy documents; M&T Transaction History; Mortgage Statements; proof of mortgage payments. Telephone Conference with Charles Ridley regarding issues and proceeding against M&T Bank. | 4.50 300.00/hr | 1,350.00 |



EXHIBIT

_____B_____

Charles D Ridley                                                                                         Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/4/2016 - | GTC | Review documents, research and draft Complaint for violation of the discharge injunction against M & T Bank. | 7.00<br>300.00/hr | 2,100.00 |
| 5/5/2016 - | GTC | Meeting with Charles Ridley | 0.50<br>300.00/hr | 150.00 |
| - | GTC | Review proof of payments and mortgage statements provided by Charles Ridley. | 0.30<br>300.00/hr | 90.00 |
| 5/13/2016 - | GTC | Prepare Certificate of Service of Summons. | 0.40<br>300.00/hr | NO CHARGE |
| - | GTC | Prepare Adversary Cover Sheet. | 0.20<br>300.00/hr | 60.00 |
| - | GTC | Research and draft Complaint. | 2.80<br>300.00/hr | 840.00 |
| 6/6/2016 - | GTC | Receipt and review May 16, 2016 and May 25, 2016 mortgage statements and proof of June payment. Update exhibits. | 0.40<br>300.00/hr | 120.00 |
| 6/16/2016 - | GTC | Review answer of M & T Bank. | 1.25<br>300.00/hr | 375.00 |
| - | GTC | Initial Draft of Rule 26 Report. | 1.25<br>300.00/hr | 375.00 |
| 6/17/2016 - | GTC | Finalize first draft of Rule 26 Conference Report and prepare email to Jim Timberlake. | 0.85<br>300.00/hr | 255.00 |
| 6/20/2016 - | GTC | Telephone Conference with Jim Timberlake regarding attorney on the case. | 0.10<br>300.00/hr | 30.00 |
| 6/27/2016 - | GTC | Telephone Conference with Bradley Parrot, attorney for M & T Bank regarding Rule 26 Conference. | 0.20<br>300.00/hr | 60.00 |

Charles D Ridley                                                                                             Page    3

|            |     |                                                                                                      | Hrs/Rate        | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------|-----------------|--------|
| 6/30/2016 -| GTC | Meeting with Charles Ridley to discuss status and review June 1 and June 18 Mortgage Statements and proof of July payment. | 0.75<br>300.00/hr | 225.00 |
| 7/7/2016 - | GTC | Review email from Blake Parrott; review revision to Rule 26 Report; and prepare responsive email.    | 0.40<br>300.00/hr | 120.00 |
| 7/8/2016 - | GTC | Finalize Joint Rule 26 Report and file with Court.                                                   | 0.45<br>300.00/hr | 135.00 |
| -          | GTC | Receipt and review entry of appearance by Matthew Hudspeth and add to file.                          | 0.10<br>300.00/hr | 30.00  |
| 8/1/2016 - | GTC | Telephone Conference with Matthew Hudspeth.                                                          | 0.15<br>300.00/hr | 45.00  |
| 8/2/2016 - | GTC | Review file and prepare for Scheduling Conference.                                                   | 0.80<br>300.00/hr | 240.00 |
| -          | GTC | Scheduling Conference.                                                                               | 0.30<br>300.00/hr | 90.00  |
| 8/16/2016 -| GTC | Review email from Matthew Hudspeth and review file.                                                  | 0.15<br>300.00/hr | 45.00  |
| 8/17/2016 -| GTC | Prepare Exhibit and Witness Lists and Calculation of Plaintiff's Damages.                            | 2.50<br>300.00/hr | 750.00 |
| 9/27/2016 -| GTC | Draft Plaintiffs First Request for Production of Documents, First Set of Interrogatories, and First Request for Admissions. | 3.25<br>300.00/hr | 975.00 |
| 10/12/2016 -| GTC | Review August 30, Sept 16, and October 3 Mortgage Statements and proof of September and October payment. | 0.40<br>300.00/hr | 120.00 |
| 10/26/2016 -| GTC | Review status of Discovery to Defendant. Conference with Matthew Hudspeth regarding extension.      | 0.40<br>300.00/hr | 120.00 |

Charles D Ridley                                                                                         Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/3/2016 - | GTC | Review status of file and prepare Application to Continue Pretrial Conference. | 1.50<br>300.00/hr | 450.00 |
| 11/14/2016 - | GTC | Review October Mortgage Statements and proof of November payment. Revise Exhibits. | 0.40<br>300.00/hr | 120.00 |
| 11/15/2016 - | GTC | Review and respond to email from Matt Hudspeth regarding settlement. | 0.40<br>300.00/hr | 120.00 |
| - | GTC | Telephone Conference with Matt Hudspeth regarding settlement. | 0.15<br>300.00/hr | 45.00 |
| 11/16/2016 - | GTC | Revise Pre-Trial Memorandum. | 2.00<br>300.00/hr | 600.00 |
| 11/18/2016 - | GTC | Prepare Plaintiff's Answers and Responses to Defendant's Combined First Set of Interrogatories and First Set of Requests for Production of Documents. | 2.50<br>300.00/hr | 750.00 |
| - | GTC | Review file and prepare email to Matthew Hudspeth regarding the status Defendant's responses to Plaintiff's discovery requests. | 0.30<br>300.00/hr | 90.00 |
| 12/7/2016 - | GTC | Finalize Pre-Trial Memorandum. | 3.50<br>300.00/hr | 1,050.00 |
| 12/8/2016 - | GTC | Finalize Final Witness and Exhibit Lists. | 1.25<br>300.00/hr | 375.00 |
| - | GTC | Finalize first draft of Pre-Trial Order. | 2.85<br>300.00/hr | 855.00 |
| 12/12/2016 - | GTC | Review revisions to Pre-Trial Order and prepare response to Matt Hudspeth. | 0.40<br>300.00/hr | 120.00 |
| - | GTC | Review Defendant's Pre-Trial Memorandum. | 0.30<br>300.00/hr | 90.00 |

Charles D Ridley                                                                 Page    5

|            |     |                                                                 | Hrs/Rate          | Amount |
|------------|-----|-----------------------------------------------------------------|-------------------|--------|
| 12/13/2016 - | GTC | Review file and prepare for pre-trial conference. | 1.00<br>300.00/hr | 300.00 |
| -          | GTC | Pre-trial conference.                                           | 1.50<br>300.00/hr | 450.00 |
| 1/2/2017 - | GTC | Receipt and review December 16 and December 14 Mortgage Statement and Escrow Analysis (respectively) and update Exhibit List. | 0.40<br>300.00/hr | 120.00 |
| 1/16/2017 - | GTC | Review Defendant's responses and answers to Plaintiff's discovery requests. | 0.85<br>300.00/hr | 255.00 |
| 1/22/2017 - | GTC | Finalize Plaintiff's Responses to Defendant's Discovery Requests and forward to Matt Hudspeth. | 0.25<br>300.00/hr | 75.00 |
| 1/30/2017 - | GTC | Review documents produced by defendant M & T Bank in response to Plaintiff's Discovery Requests. | 1.50<br>300.00/hr | 450.00 |
| 2/1/2017 - | GTC | Telephone Conference with Charles Ridley regarding status of adversary proceeding. | 0.40<br>300.00/hr | 120.00 |
| -          | GTC | Review file and prepare revised Pre-Trial Order. | 2.50<br>300.00/hr | 750.00 |
| -          | GTC | Review response from Matt Hudspeth regarding settlement offer and review file. | 0.30<br>300.00/hr | 90.00 |
| -          | GTC | Review January 2017 mortgage statement, proof of January payment and update exhibit list. | 0.25<br>300.00/hr | 75.00 |
| 2/2/2017 - | GTC | Review Defendant's Motion to Compel.                            | 0.75<br>300.00/hr | 225.00 |

Charles D Ridley                                                                                                  Page    6

|            |     |                                                                                                                                                  | Hrs/Rate         | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 2/7/2017 - | GTC | Review email and revisions to the Pre-Trial Order from Matt Hudspeth. Review discovery responses and prepare response.                           | 1.10<br>300.00/hr | 330.00   |
| 2/8/2017 - | GTC | Finalize Objection to Motion to Compel.                                                                                                          | 3.00<br>300.00/hr | 900.00   |
| -          | GTC | Prepare for hearing on Motion to Compel.                                                                                                         | 1.00<br>300.00/hr | 300.00   |
| 2/9/2017 - | GTC | Hearing on Motion to Compel.                                                                                                                     | 0.75<br>300.00/hr | 225.00   |
| -          | GTC | Review Mortgage Statement for January 30, 2017 and proof of February 2017 payment.                                                               | 0.20<br>300.00/hr | 60.00    |
| -          | GTC | Telephone Conference with Matt Hudspeth regarding pre-trial order. Revise Pre-Trial Order and email to Matt Hudspeth.                            | 0.85<br>300.00/hr | 255.00   |
| -          | GTC | Prepare final version of proposed Pre-Trial Order. Prepare email to Matt Hudspeth.                                                               | 1.25<br>300.00/hr | 375.00   |
| 2/13/2017 -| GTC | Receipt and review offer of settlement from M & T Bank. Telephone Conference with Charles Ridley regarding settlement offer. Prepare response to Matt Hudspeth. | 0.40<br>300.00/hr | 120.00   |
| 2/14/2017 -| GTC | Exhibit review and trial preparation.                                                                                                            | 3.50<br>300.00/hr | 1,050.00 |
| 2/15/2017 -| GTC | Trial preparation. Meeting with Charles Ridley.                                                                                                  | 8.50<br>300.00/hr | 2,550.00 |
| 2/16/2017 -| GTC | Prepare for trial.                                                                                                                               | 1.00<br>300.00/hr | 300.00   |
| -          | GTC | Trial - Ridley v. M & T Bank.                                                                                                                    | 3.00<br>300.00/hr | 900.00   |

Charles D Ridley                                                                    Page    7

|            |     |                                                                                              | Hrs/Rate          | Amount |
|------------|-----|----------------------------------------------------------------------------------------------|-------------------|--------|
| 2/16/2017 -| GTC | Prepare Transcript Request.                                                                  | 0.50<br>300.00/hr | 150.00 |
| 2/22/2017 -| GTC | Receipt and review letter of February 13, 2017, from M & T Bank regarding delinquency, and meeting with Charles Ridley. | 0.30<br>300.00/hr | 90.00  |
| 2/23/2017 -| GTC | Research and review findings of fact and conclusions of law.                                 | 1.75<br>300.00/hr | 525.00 |
|          - | GTC | Review Trial Transcript.                                                                     | 2.75<br>300.00/hr | 825.00 |
| 2/27/2017 -| GTC | Revise Plaintiff's Findings of Fact and Conclusions of Law.                                  | 2.50<br>300.00/hr | 750.00 |
| 3/2/2017 - | GTC | Review and revise Findings of Fact and Conclusions of Law.                                   | 2.00<br>300.00/hr | 600.00 |
| 3/3/2017 - | GTC | Review Findings of Fact filed by defendant.                                                  | 1.20<br>300.00/hr | 360.00 |
|          - | GTC | Finalize Findings of Fact and Conclusions of Law.                                            | 1.50<br>300.00/hr | 450.00 |
| 3/10/2017 -| GTC | Receipt and review Entry of Appearance by Julie Hird Thomas for M & T Bank.                  | 0.10<br>300.00/hr | 30.00  |
| 3/13/2017 -| GTC | Receipt and review Motions to Appear Pro Hac Vice by Paul G. Durdaller and Brian J Levy.     | 0.10<br>300.00/hr | 30.00  |
| 3/14/2017 -| GTC | Receipt and review Motion to Withdraw as Attorney for Defendant by Matthew J. Hudspeth.      | 0.15<br>300.00/hr | 45.00  |
| 3/16/2017 -| GTC | Receipt and review Entry of Appearance by Michael George.                                    | 0.10<br>300.00/hr | 30.00  |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/20/2017 - | GTC | Review Motion to Strike filed by M & T Bank. | 0.90 300.00/hr | 270.00 |
| - | GTC | Telephone Conference with Paul Durdaller, attorney for M & T Bank and notes to file. | 0.70 300.00/hr | 210.00 |
| 3/22/2017 - | GTC | Review email from Paul Durdallor. Telephone Conference with Charles Ridley. Draft response and counter offer to Paul Durdallor. | 1.10 300.00/hr | 330.00 |
| 3/28/2017 - | GTC | Review and revise Response to M & T Bank Motion to Strike. | 2.25 300.00/hr | 675.00 |
| 3/30/2017 - | GTC | Finalize Objection to Motion to Strike. | 0.75 300.00/hr | 225.00 |
| 4/6/2017 - | GTC | Receipt and review April 6 purported offer of settlement from M & T Bank. Telephone Conference with Charles Ridley regarding same. | 0.75 300.00/hr | 225.00 |
| - | GTC | Research Oklahoma Rules of Professional Conduct regarding M & T Bank's attorney's accusations. | 1.50 300.00/hr | 450.00 |
| 4/11/2017 - | GTC | Receipt and review Order Striking Hearing on Defendant's Motion to Strike. | 0.10 300.00/hr | 30.00 |
| - | GTC | Receipt and review M & T Bank Reply Brief to M & T Bank's Motion to Strike. | 0.75 300.00/hr | 225.00 |
| 4/12/2017 - | GTC | Telephone Conference with David Cheek regarding allegations of M & T Bank against Baer Timberlake and impact to pending litigation of Ridley v M & T Bank. | 0.50 300.00/hr | 150.00 |
| 5/31/2017 - | GTC | Review Memorandum Opinion. | 0.50 300.00/hr | 150.00 |

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/31/2017 - | GTC | Review Court's Orders Regarding Defendant's Motion to Strike and Court's Order Regarding Correction of Account and Application for Attorney Fees and Costs. | 0.15<br>300.00/hr | 45.00 |
| 6/1/2017 - | GTC | Telephone Conference with Charles Ridley regarding Court's decision. | 0.50<br>300.00/hr | 150.00 |
| 6/2/2017 - | GTC | Prepare Application for Attorney's Fees and costs. | 2.50<br>300.00/hr | 750.00 |
|  | SUBTOTAL: |  | [    109.25 | 32,655.00] |

Lauren D Colpitts

|  |  |  |  |  |
|---|---|---|---|---|
| 11/11/2016 - | LDC | Draft Pre-Trial Memorandum. | 2.50<br>200.00/hr | 500.00 |
| 11/14/2016 - | LDC | Finalized draft of Pre-Trial Memorandum. | 2.00<br>200.00/hr | 400.00 |
| 11/17/2016 - | LDC | Draft Pre-Trial Order. | 2.00<br>200.00/hr | 400.00 |
| 11/21/2016 - | LDC | Draft Plaintiff's Preliminary Witness and Exhibit List. | 1.00<br>200.00/hr | 200.00 |
| 12/13/2016 - | LDC | Pre-Trial Conference. | 1.50<br>200.00/hr | 300.00 |
| 2/7/2017 - | LDC | Review and prepare exhibits for trial. | 1.00<br>200.00/hr | 200.00 |
| 2/8/2017 - | LDC | Finalized exhibits and Plaintiff's Witness and Exhibit List for trial. | 1.50<br>200.00/hr | 300.00 |
| - | LDC | Prepare exhibits for production. | 2.30<br>200.00/hr | 460.00 |

Charles D Ridley                                                                                     Page    10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/16/2017 - | LDC | Prepare email to Typewrite Word Processing regarding Trial Transcript request and payment. | 0.10<br>200.00/hr | 20.00 |
| - | LDC | Trial - Ridley v. M & T Bank. | 3.00<br>200.00/hr | 600.00 |
| 2/21/2017 - | LDC | Research - Findings of Fact and Conclusions of Law. | 2.00<br>200.00/hr | 400.00 |
| 2/22/2017 - | LDC | Review Trial Transcript and make notes. Review notes from trial. | 2.75<br>200.00/hr | 550.00 |
| - | LDC | Prepare initial draft of Findings of Fact and Conclusions of Law. | 1.25<br>200.00/hr | 250.00 |
| 2/24/2017 - | LDC | Receipt and review M & T Mortgage Statement dated 2/16/2017. | 0.10<br>200.00/hr | 20.00 |
| - | LDC | Draft Findings of Fact and Conclusions of Law. | 2.75<br>200.00/hr | 550.00 |
| 3/1/2017 - | LDC | Review and incorporate GTC revisions in Findings of Fact and Conclusions of Law. Prepare second draft. | 1.50<br>200.00/hr | 300.00 |
| 3/2/2017 - | LDC | Review GTC revisions. Incorporate case law research. Finalize draft of Plaintiff's Findings of Fact and Conclusions of Law and Argument. | 3.00<br>200.00/hr | 600.00 |
| - | LDC | Research case law on awards of punitive damages in the 10th Circuit. | 3.00<br>200.00/hr | 600.00 |
| 3/3/2017 - | LDC | Review and finalize final draft of Findings of Fact & Conclusions of Law and prepare for filing. | 2.50<br>200.00/hr | 500.00 |
| - | LDC | Prepare Exhibits for Findings of Fact and Conclusions of Law. | 0.50<br>200.00/hr | 100.00 |

Charles D Ridley                                                                 Page    11

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/23/2017 - | LDC | Research and prepare initial draft of Response to M & T Bank Motion to Strike. | 3.00<br>200.00/hr | 600.00 |
| 3/29/2017 - | LDC | Review and edit Response to Motion to Strike. | 1.00<br>200.00/hr | 200.00 |
| 5/31/2017 - | LDC | Review Memorandum Opinion. | 0.60<br>200.00/hr | 120.00 |
| 6/2/2017 - | LDC | Review Application for Attorney's Fees. | 1.00<br>200.00/hr | 200.00 |
| - | LDC | Review Defendant's Finding of Fact and Conclusions of Law. | 1.00<br>200.00/hr | 200.00 |
| | SUBTOTAL: | | [     42.85 | 8,570.00] |
| | For professional services rendered | | 152.10 | $41,225.00 |

Additional Charges :

|  |  | | Qty/Price | |
|---|---|---|---|---|
| | Greggory T. Colpitts | | | |
| 2/8/2017 - | GTC | Copy Charge - Trial Exhibits 2 for Court, 1 for Plaintiff, and 1 for Defendant. | 640<br>0.30 | 192.00 |
| - | GTC | Exhibit Tabs - 62 - 3 sets | 186<br>0.50 | 93.00 |
| - | GTC | Exhibit Binders x 3 | 3<br>7.99 | 23.97 |
| 2/22/2017 - | GTC | Trial Transcript - Shari Riemer/TypeWrite. | 1<br>315.25 | 315.25 |
| | SUBTOTAL: | | | [     624.22] |

Charles D Ridley                                                                 Page   12

                                                                    Qty/Price              Amount

      Lauren D Colpitts

2/22/2017 -   LDC   Copy Charge - Trial Transcript.                      66                 19.80
                                                                       0.30

                                                                                      _____
        SUBTOTAL:                                                              [            19.80]
                                                                                      _____
        Total costs                                                                        $644.02



Pay By Credit Card:   Visa ____, MasterCard ____

Card Number: _____   Cardholder Name: _____

Expiration Date: _____   Signature: _____

Case 16-08008    Doc 77    Filed 06/05/17    Entered 06/05/17 10:05:43    Desc Main
                    Document      Page 16 of 16